JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANASSEH A. PHILIP, | Case No. CV 16-01987 CJC (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RANDY L. TEWS, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Lack of Subject Matter Jurisdiction,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: April 29, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE